UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULUGETA HAILU, MIZAN WEREDE, WILLIAM PERRY, and YOHANNES WOUBE, ) ) ) ) Plaintiffs, ) ) v. ) ) UNIQUE N. MORRIS-HUGHES, in her official ) capacity as Director of the DISTRICT OF ) COLUMBIA DEPARTMENT OF EMPLOYMENT) SERVICES, MURIEL BOWSER, in her ) official capacity as Mayor of the DISTRICT OF ) COLUMBIA, and DISTRICT OF COLUMBIA, ) ) Defendants. ) | Civil Action No. 1:22-cv-0020 |

## NOTICE OF APPEARANCE

Please take notice that Jennifer Mezey of the Legal Aid Society of the District of Columbia hereby enters an appearance as counsel for Plaintiffs.

Dated: January 11, 2022          Respectfully Submitted,

*/s/ Jennifer Mezey*

_____
Jennifer Mezey (DC Bar No. 462724)*
LEGAL AID SOCIETY OF THE
    DISTRICT OF COLUMBIA
1331 H Street NW, Suite 350
Washington, DC 20005
202-628-1161 (Phone)
202-727-2132 (Fax)
jmezey@legalaiddc.org
*Co-Counsel for Plaintiff*